**DENIED**

BY ORDER OF THE COURT

Dated:  3/20/2026

*Mark C. Scarsi*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CALDERA, <br><br> Plaintiff, <br><br> vs. <br><br> LAIRD SUPERFOOD, INC., et al., <br><br> Defendants. | Case No. 2:26-cv-01955-MCS (PVCx) <br><br> **[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE AND CONTINUE CASE MANAGEMENT DEADLINES PENDING PLAINTIFF'S MOTION TO REMAND** |

This matter having come before the Court on the parties' stipulated request in the above-captioned action, and the Court having reviewed the papers submitted by the parties, IT IS HEREBY ORDERED THAT:

    (1)   Defendant's deadline to file a responsive pleading is extended up and until thirty (30) days after the Court issues an order on Plaintiff's motion to remand;

    (2)   The scheduling conference shall be set no earlier than thirty (30) days after the Court issues an order on Plaintiff's motion to remand and any case management deadlines shall be continued accordingly; and

    (3)   The briefing schedule for Plaintiff's Motion to Remand is as follows:

- Motion Deadline: March 26, 2026
- Opposition Deadline: April 16, 2026
- Reply Deadline: April 30, 2026
- Hearing: May 18, 2026, at 9:00 a.m.

IT IS SO ORDERED.

DATED:

**DENIED**

BY ORDER OF THE COURT

_____

Honorable Mark C. Scarsi
United States District Judge

- 1 -

[PROPOSED] ORDER
CASE NO. 2:26-CV-01955-MCS (PVCX)