UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **2:26-cv-01955-MCS-PVC** | Date | May 4, 2026 |
|---|---|---|---|

Title  ***Caldera v. Laird Superfood, Inc.***

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) REMAND ORDER (JS-6)

The parties filed a stipulation to remand the case. (Stip., ECF No. 26.) Although "the parties cannot by stipulation or waiver grant or deny federal subject matter jurisdiction," *Janakes v. USPS*, 768 F.2d 1091, 1095 (9th Cir. 1985), the Court interprets the parties' stipulation as Defendant's withdrawal of its opposition to Plaintiff's motion to remand the case for lack of subject-matter jurisdiction. (*See* Mot. to Remand, ECF No. 12; Opp'n to Mot. to Remand, ECF No. 16.) The Court grants the motion to remand and denies all other motions as moot.

Accordingly, the Court remands the action to the Los Angeles County Superior Court, No. 26STCV02688. The Court directs the Clerk to effect the remand immediately and close the federal case.

**IT IS SO ORDERED.**